**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**GARDEN CITY BOXING CLUB, INC.**                    Civil Action No.  07-cv-04737

      **Plaintiff,**

      .v.                                                    **RULE 7.1 STATEMENT**

**494 LATINO RESTAURANT INC.,**
**d/b/a LATINO RESTAURANT**
**and LAURENTINO MENDEZ**

      **Defendants,**
-----------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for  Garden City Boxing Club, Inc.  (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.


Date:   6/1/07                                            /s/ Paul J. Hooten
                                                          **Signature of Attorney**

                                                          **Attorney Bar Code: PJH9510**


Form Rule7_1.pdf