UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

---------------------------------------
GARDEN CITY BOXING CLUB INC,

    PLAINTIFF
– vs. –

494 LATINO RESTAURANT INC DBA LATINO RESTAURANT ET ANO,

    DEFENDANT
---------------------------------------

Index No: **07 CIV 4737**
Date Filed: **06/04/2007**
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**ROBERT CRANDALL** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **06/22/2007** at **4:28PM** at **494 E. 138TH STREET , BRONX, NY 10454**, I served a true copy of the **SUMMONS AND COMPLAINT** upon **494 LATINO RESTAURANT INC DBA LATINO RESTAURANT** the **DEFENDANT** therein named by delivering to, and leaving personally with **'JANE' MARIA, MANAGING AGENT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| SEX: **FEMALE** | COLOR: **BROWN** | HAIR: **BROWN** |
|---|---|---|
| APP. AGE: **35** | APP. HT: **5'4** | APP. WT: **145** |
| OTHER IDENTIFYING FEATURES: | | |

Sworn to before me on **06/29/2007**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

ROBERT CRANDALL – 955171
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP

