## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

GARDEN CITY BOXING CLUB INC,

    PLAINTIFF

– vs. –

**494 LATINO RESTAURANT INC DBA LATINO RESTAURANT ET ANO**,

    DEFENDANT
_____/

Index No: **07 CIV 4737**
Index Number Purchase: **06/04/2007**
Office No:
Court Date: **N/A**
Affidavit Filed:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
**ROBERT CRANDALL** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **06/22/2007** at **4:28PM** at **522 E. 138TH STREET , BRONX, NY 10454**, I served the **SUMMONS AND COMPLAINT** upon **LAURENTINO MENDEZ** the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **"JANE" MARIA, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.
Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| SEX: **FEMALE** | COLOR: **BROWN** | HAIR: **BROWN** |
|---|---|---|
| APP. AGE: **35** | APP. HT: **5'4** | APP. WT: **145** |

OTHER IDENTIFYING FEATURES:

On **06/29/2007** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **DEFENDANT** at **522 E. 138TH STREET , BRONX, NY 10454**. That address being **actual place of business of the DEFENDANT**.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.
That at the time of service, as aforesaid, I asked **"JANE" MARIA, CO-WORKER OF THE DEFENDANT** whether the **DEFENDANT** was in or a dependant of a person in the military service of the United States Government, or the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me on **06/29/2007**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

ROBERT CRANDALL – 955171
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
Ref#: **1PJH874874**
MA



