```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X
GARDEN CITY BOXING CLUB, INC.,      :
                                    :    07 Civ. 4737 (VM)
                Plaintiff,          :
                                    :
    -against-                       :         ORDER
                                    :
494 LATINO RESTAURANT, INC.,        :
et al.,                             :
                                    :
                Defendants.         :
---------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case the Court noted that service of process was made on defendants herein on June 22, 2007 and that the answer to the complaint was due by July 12, 2007. The Court's public file for this case contains no record that such answer has been made.  Accordingly, it is hereby

**ORDERED** that plaintiff herein is directed to inform the Court by July 25, 2007 of the status of this matter and plaintiff's contemplation with respect to further proceedings in this case.  In the event no timely response to this Order is submitted the Court may dismiss the action for lack of prosecution.

**SO ORDERED.**

Dated:    New York, New York
          17 July 2007

                                    _____
                                         VICTOR MARRERO
                                            U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-17-07