**PAUL J. HOOTEN & ASSOCIATES**
ATTORNEYS AT LAW
5505 NESCONSET HWY., - STE. 203
MT. SINAI, NEW YORK 11766

Website:                   PHONE: (631)331-0547           email address:
www.pjhooten.com     FACSIMILE: (631)331-2627
pjh@pjhooten.com

July 25, 2007

U.S. District Court
500 Pearl Street
New York, NY 10007

Honorable Victor Marrero

        RE: Garden City Boxing Club, Inc.,
           v. Latino Restaurant Inc.,
           and Laurentino Mendez

        Civil Case No. 07-CIV-4737

As per your Order dated July 17, 2007, the plaintiff filed a default judgment and a memorandum of law on July 24, 2007. The plaintiff has every intention of pursuing this matter.

Should you have any questions please do not hesitate to contact me.

Very truly yours,

/s/ Paul J. Hooten
Paul J. Hooten

CL/ib

cc: 494 Latino Restaurant