**PAUL J. HOOTEN & ASSOCIATES**
ATTORNEYS AT LAW
5505 NESCONSET HWY., - STE. 203
MT. SINAI, NEW YORK 11766

Website:                    PHONE: (631)331-0547           email address:
www.pjhooten.com        FACSIMILE: (631)331-2627        pjh@pjhooten.com

July 25, 2007

U.S. District Court
500 Pearl Street
New York, NY 10007

Honorable Victor Marrero

    RE: Garden City Boxing Club, Inc.,
     v. Latino Restaurant Inc.,
     and Laurentino Mendez

    Civil Case No. 07-CIV-4737

As per your Order dated July 17, 2007, the plaintiff has filed a default judgment as well as a memorandum of law with the Court. The plaintiff has every intention of pursuing this matter.

Should you have any questions please do not hesitate to contact me.

Very truly yours,

/s/ Paul J. Hooten
Paul J. Hooten

CL/ib


cc: 494 Latino Restaurant
  \