UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GARDEN CITY BOXING CLUB, INC.
                Plaintiff,                Index # 07-CV-4737

   -against-

                                     **CERTIFICATE OF SERVICE**

494 LATINO RESTAURANT INC.
d/b/a LATINO RESTAURANT
and LAURENTINO MENDEZ
                Defendants,
_____

      I certify that a copy of the July 17, 2007, Order by the Honorable Victor Marrero was sent via the U.S. Postal Service within the State of New York, First Class Mail addressed to the following on July 26, 2007:

To:    494 Latino Restaurant Inc.
        d/b/a Latino Restaurant
        494 E. 138th Street
        Bronx, NY 10454

        Laurentino Mendez
        522 E. 138th Street
        Bronx, NY 10454


                                      By:    /s/ Lucille Eichler
                                               Lucille Eichler
                                               Paul J. Hooten & Associates
                                               5505 Nesconset Highway, Suite 203
                                               Mt. Sinai, NY 11766