```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
GARDEN CITY BOXING CLUB, INC.,         :
                                       :   07 Civ. 4737 (VM)
                Plaintiff,             :
                                       :
    -against-                          :   ORDER
                                       :
494 LATINO RESTAURANT, INC.,           :
et al.,                                :
                                       :
                Defendants.            :
--------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

This action having been commenced on June 4, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendants, 494 Latino Restaurant Inc. d/b/a Latino Restaurant and Laurentino Mendez on June 22, 2007, and a proof of service having been filed on July 6, 2007 and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

**ORDERED, ADJUDGED AND DECREED:** That the plaintiff have judgment against defendants jointly and severally in the amount of $5,000.00, with interest at the statutory rate from June 5, 2004, plus costs and disbursements of this action in the amount of $470.00.

**SO ORDERED.**

Dated:   New York, New York
         30 July 2007

                                         _____
                                         VICTOR MARRERO
                                         U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-30-07